1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT DANIEL MCKISSICK,                    No.  2:19-cv-1807 KJN P

12                  Plaintiff,

13          v.                                    ORDER

14   AMADOR COUNTY JAIL, et al.,

15                  Defendants.

16

17          Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21   certified copy of his inmate trust account statement for the six-month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

23   provided the opportunity to submit a completed in forma pauperis application and a certified copy

24   in support of his application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28   of Court;

                                                 1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcki1807.3c+.new