UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL McKISSICK,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY JAIL, et al.,<br><br>Defendants. | No. 2: 19-cv-1807 KJN P<br><br>ORDER TO SHOW CAUSE IN RE CONTEMPT |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Amador County Jail.

By order filed October 11, 2019, the Amador County Sheriff was directed to file a status report within 14 days.[1] (ECF No. 7.) Fourteen days have now passed, and the Sheriff has not responded. Therefore, the Sheriff is directed to show cause, within seven days, why he should not be held in contempt for failing to comply with this court's order. Sanctions for civil contempt may be imposed to coerce obedience to a court order or to compensate a party for injuries resulting from the contemptuous behavior, or both. General Signal Corp. v. Donallco, Inc., 787 F.2d 1376, 1380 (9th Cir. 1986), citing United States v. United Mine Workers, 330 U.S. 258, 303-04 (1947).

---

[1] The Amador County Sheriff is located within 100 miles of this court. Fed. R. Civ. P. 4.1.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days from the date of this order, Amador County Sheriff Martin A. Ryan shall show cause why he should not be held in contempt for failing to comply with the October 11, 2019 order;

2. The Clerk of the Court is directed to serve this order and an in forma pauperis application for a prisoner on Amador County Sheriff Martin A. Ryan, 700 Court Street, Jackson, California, 95642; and

3. The Clerk of the Court is directed to serve this order and a copy of the October 11, 2019 order on Gregory Gillott, Amador County Counsel, 810 Court Street, Jackson, California 95642, and shall fax a courtesy copy to Mr. Gillott at (209) 223-4286.

Dated: October 29, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcki1807.osc.contempt