UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL McKISSICK,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY JAIL, et al.,<br><br>Defendants. | No. 2: 19-cv-1807 KJN P<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Amador County Jail. By order filed October 30, 2019, the Amador County Sheriff was directed to show cause why he should not be held in contempt for failing to respond to the court's October 11, 2019 order. On November 4, 2019, counsel for the Amador County Sheriff's Office filed a response to the order to show cause, as well as a certified copy of plaintiff's inmate trust account. Good cause appearing, the order to show cause is discharged without the imposition of sanctions.

Accordingly, IT IS HEREBY ORDERED that the October 30, 2019 order to show cause (ECF No. 8) is discharged.

Dated: November 8, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcki1807.dsch